1  JOHN S. GILMORE, SBN: 32491
   RANDOLPH CREGGER & CHALFANT LLP
2  The Achelle Building
   1030 G Street
3  Sacramento, California 95814
   Telephone: (916) 443-4443
4  Facsimile: (916) 443-2124

5  Attorneys for Defendants, NATIONAL
   RAILROAD PASSENGER CORPORATION
6  aka AMTRAK, and UNION PACIFIC
   RAILROAD COMPANY

7

8  **UNITED STATES DISTRICT COURT**
   **FOR THE EASTERN DISTRICT OF CALIFORNIA**
9  **SACRAMENTO DIVISION**

10

11 **DURCILLE GILLEN**,                         )  No: CIV.S-03-2534 LKK DAD
                                                )
12                      Plaintiff,              )
                                                )  **Assigned to:  Judge Lawrence Karlton**
13 v.                                           )
                                                )
14 **NATIONAL RAILROAD PASSENGER**              )  **STIPULATION AND ORDER OF**
   **CORPORATION, a/k/a AMTRAK, a**             )  **DISMISSAL**
15 **District of Columbia coprporation, and**   )
   **UNION PACIFIC RAILROAD COMPANY,**          )
16 **a Delaware corporation,**                  )
                                                )
17                      Defendants.             )
   _____  )
18

19     The above entitled cause having been compromised and fully settled, it is hereby

20 stipulated by and between the respective parties hereto that the same may be dismissed with

21 prejudice and upon its merits, each party to bear its own costs.

22     IT IS HEREBY STIPULATED by and between the parties to the above reference action

23 that the same is hereby dismissed with prejudice and upon its merits, each party to bear its own

24 costs.

25 / /

26 / /

27 / /

28 / /

STIPULATION AND ORDER OF DISMISSAL

ROSSI, COX & VUCINOVICH, P.C.


Dated: June 15, 2005          By: s/ Bahareh Samanian
                                  Bahareh Samanian
                                  Admitted *Pro Hac Vice*

LOCAL COUNSEL:

William A. Munoz, Esq.
[CA State Bar No. 191649]
MURPHY, PEARSON, BRADLEY & FEENEY
701 University Avenue, Suite 150
Sacramento, CA 95825     (916) 565-0300

ATTORNEYS FOR PLAINTIFF



RANDOLPH CREGGER & CHALFANT LLP


Dated: June 15, 2005          By: s/ John S. Gilmore
                                  John S. Gilmore
                                  [CA State Bar No. 32491]

1030 G Street
Sacramento, CA 95814     (916) 443-4443

ATTORNEYS FOR DEFENDANTS

**IT IS HEREBY ORDERED**, that the above-entitled action is dismissed with prejudice and without costs to any party.

Dated: July 12, 2005.         /s/Lawrence K. Karlton
                              Lawrence K. Karlton
                              Senior Judge
                              United States District Court

STIPULATION AND ORDER OF DISMISSAL             -2-